No. 497. GLASSCOTT v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Alexander Campbell* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 539. MASON v. SUMMER LAKE IRRIGATION DISTRICT ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Cleveland C. Cory* for respondents.

No. 523. UNITED INSURANCE CO. OF CHICAGO ET AL. v. MALONEY, INSURANCE COMMISSIONER OF CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Jesse H. Steinhart* for petitioners. *Edmund G. Brown,* Attorney General of California, and *Harold B. Haas,* Deputy Attorney General, for respondent.

No. 60, Misc. RANDALL v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 98, Misc. McELHANEY v. RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 182, Misc. BALDWIN v. CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *William V. O'Connor,* Chief Deputy Attorney General,

and *Norman H. Sokolow,* Deputy Attorney General, for respondent.

No. 247, Misc. MAULDING *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. John Ben Shepperd,* Attorney General of Texas, and *J. Fred Jones,* Assistant Attorney General, for respondents.

No. 255, Misc. REEVES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 260, Misc. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Sam Elson* for petitioner. Solicitor *General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 279, Misc. ALLEN *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 297, Misc. GREEN *v.* COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 303, Misc. EDGERLY *v.* KENNELLY ET AL. C. A. 7th Cir. Certiorari denied. *Eugene T. Devitt* for petitioner. *John J. Mortimer, L. Louis Karton* and *Arthur Magid* for Kennelly et al., and *Thomas Dodd Healy, Harold Stickler* and *W. Donald McSweeney* for Gilbert, respondents.

No. 305, Misc. BUCKINGHAM *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.